UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'11 SEP 13 P3:08

UNITED STATES OF AMERICA

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

INDICTMENT

v.

NO. 5:11CR35-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846
21 U.S.C. § 853

**DEMETRIS FITZGERALD**
**DEANNDRIA MOORE**

The Grand Jury charges:

### COUNT 1

On or about and between June 2006 and August 2007, in the Western District of Kentucky, McCracken County, Kentucky, **DEMETRIS FITZGERALD,** defendant herein, conspired with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally distribute a mixture and substance containing cocaine base, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1).

In violation of Title 21, United States Code, Section 846 and 841(b)(1)(C).

The Grand Jury further charges:

### COUNT 2

On or about and between June 24, 2010 and July 2, 2010, in the Western District of

Kentucky, McCracken County, Kentucky, **DEMETRIS FITZGERALD** and **DEANNDRIA MOORE,** defendants herein, conspired to knowingly and intentionally distribute a mixture and substance containing cocaine base, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1).

In violation of Title 21, United States Code, Section 846 and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 3

On or about June 29, ~~2011~~ 2010, in the Western District of Kentucky, McCracken County, Kentucky, **DEMETRIS FITZGERALD,** defendant herein, knowingly and intentionally distributed a mixture and substance containing cocaine base, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Section 841(a)(1), the defendants, **DEMETRIS FITZGERALD** and **DEANNDRIA MOORE,** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or

indirectly, as the result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.



FOREPERSON

DAVID J. HALE
United States Attorney

DJH:LF:9/4/11

UNITED STATES OF AMERICA v. **DEMETRIS FITZGERALD** and **DEANNDRIA MOORE**

## PENALTIES

Counts 1 - 3: NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | |
|---|---|
| Misdemeanor: $ 25 per count/individual | Felony: $100 per count/individual |
| $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY 40202
              502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY 42101
               270/393-2500

OWENSBORO:    Clerk, U.S. District Court
              126 Federal Building
              423 Frederica
              Owensboro, KY 42301
              270/689-4400

PADUCAH:      Clerk, U.S. District Court
              127 Federal Building
              501 Broadway
              Paducah, KY 42001
              270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR35-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
DEMETRIS FITZGERALD

DEANNDRIA MOORE

## INDICTMENT
Title 21 U.S.C. §§ 846; 841(b)(1)(C); 841(a)(1):
**Conspiracy to Distribute Cocaine Base;
Distribution of Cocaine Base.**

*A true bill.*



*Foreman*

*Filed in open court this* 13th day, *of* September, A.D. 2011.

Clerk

Bail, $

SEP 13 2011

VANESSA L. ARMSTRONG
BY
DEPUTY CLERK